IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| YVONNE BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| v. | ) | |
| | ) | FILE No. 1:21-cv-03678-TWT |
| KRISLINKS INC, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER APPROVING CONSENT DECREE AND DISMISSAL OF DEFENDANT WITH PREJUDICE

The Court, having read and reviewed the parties' Joint Stipulation [Doc. 12], and the Consent Decree attached thereto [Doc. 12-1], and for good cause shown, the relief requested in the Stipulation is **GRANTED**. The Court shall retain jurisdiction to enforce the parties' Consent Decree, and this case is **DISMISSED** with prejudice. Each party shall bear their own attorney's fees and costs except as detailed in the parties' Consent Decree.

**SO ORDERED**, this  11th  day of    April     , 2022.

Hon. Thomas W. Thrash, Jr.
Senior United States District Judge